UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 05, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Sergio Zuniga, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-1183 |
| Central Drywall Inc., | § § § | |
| Defendant. | § | |

## Final Dismissal

On the plaintiff's notice, this case is dismissed without prejudice; costs of court will be paid by the party incurring them. (10)

Signed on July _5_, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge